**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-35015 |
| | § | |
| TSE PROPERTIES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $100,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $10,038.42 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $53,115.73 | | |

3)      Total gross receipts of $350,130.99  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $286,976.84 (see **Exhibit 2),** yielded net receipts of $63,154.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $45,000,000.00 | $48,858,805.07 | $4,018.21 | $4,018.21 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $53,115.73 | $53,115.73 | $53,115.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $294,930.65 | $294,930.65 | $6,020.21 |
| **Total Disbursements** | $45,000,000.00 | $49,206,851.45 | $352,064.59 | $63,154.15 |

4).  This case was originally filed under chapter 7 on 07/10/2009.  The case was pending for 108 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2019                    By:   /s/ Rodney D. Tow
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 8.7525 acre tract - Lot 5 and a part of Lot 4 in Block1; Lots 1 and 5 and part of Lots 2 and 4 in Block 2, all in "Irvin | 1110-000 | $70,000.00 |
| North half of the Southeast quarter of the Southeast quarter of Section fifteen, Township Twenty-two North, Range Eight | 1110-000 | $280,000.00 |
| Interest Earned | 1270-000 | $130.99 |
| **TOTAL GROSS RECEIPTS** | | **$350,130.99** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| The Bankruptcy Estate of Car-Tex Consolidated, LTD | Funds to Third Parties | 8500-002 | $50,538.57 |
| The Bankruptcy Estate of L & P Consolidated, LTD | Funds to Third Parties | 8500-002 | $26,163.02 |
| The Bankruptcy Estate of Nighthawk Transport & Excavation | Funds to Third Parties | 8500-002 | $135,268.71 |
| The Bankruptcy Estate of Nighthawk Vacuum Services, LP | Funds to Third Parties | 8500-002 | $47,077.59 |
| The Bankruptcy Estate of Two-State Equipment, Inc. | Funds to Third Parties | 8500-002 | $27,928.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$286,976.84** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Liberty County | 4800-000 | $0.00 | $683.21 | $683.21 | $683.21 |
| 3 | Bank of America, N.A. | 4110-000 | $0.00 | $36,994,696.39 | $0.00 | $0.00 |
| 4 | Bank of America, N.A. | 4110-000 | $0.00 | $11,856,737.81 | $0.00 | $0.00 |
| 5 | Williamson County | 4700-000 | $0.00 | $1,721.49 | $0.00 | $0.00 |
| 6 | Williamson County | 4700-000 | $0.00 | $1,631.17 | $0.00 | $0.00 |
| | City of Memphis (TN) | 4110-000 | $0.00 | $3,335.00 | $3,335.00 | $3,335.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bank of America | 4110-000 | $45,000,000.00 | $0.00 | $0.00 | $0.00 |
| D B Zwirn Spec. Op. Fund, LP | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| NGP Capital Resources Company | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $45,000,000.00 | $48,858,805.07 | $4,018.21 | $4,018.21 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robbye Waldron, Trustee, Trustee | 2100-000 | NA | $3,047.98 | $3,047.98 | $3,047.98 |
| Rodney D. Tow, Trustee, Trustee | 2100-000 | NA | $3,359.73 | $3,359.73 | $3,359.73 |
| George Adams & Co. | 2300-000 | NA | $613.08 | $613.08 | $613.08 |
| George Adams and Company | 2300-000 | NA | $1,057.34 | $1,057.34 | $1,057.34 |
| International Sureties | 2300-000 | NA | $223.88 | $223.88 | $223.88 |
| | 2500-000 | NA | $3,035.00 | $3,035.00 | $3,035.00 |
| Green Bank | 2600-000 | NA | $32,754.13 | $32,754.13 | $32,754.13 |
| 2009 Dewey County Ad Valorem Taxes | 2820-000 | NA | $768.56 | $768.56 | $768.56 |
| 2009 Property Taxes | 2820-000 | NA | $4,648.85 | $4,648.85 | $4,648.85 |
| 2010 County Taxes | 2820-000 | NA | $2,278.56 | $2,278.56 | $2,278.56 |
| 2010 Dewey County Ad Valorem Taxes | 2820-000 | NA | $938.95 | $938.95 | $938.95 |
| 2011 County Taxes | 2820-000 | NA | $389.67 | $389.67 | $389.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $53,115.73 | $53,115.73 | $53,115.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Liberty Mutual Insurance Company | 7100-000 | $0.00 | $294,930.65 | $294,930.65 | $6,020.21 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $294,930.65 | $294,930.65 | $6,020.21 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1        Exhibit 8

| Case No.: | 09-35015-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TSE PROPERTIES, LLC | Date Filed (f) or Converted (c): | 07/10/2009 (f) |
| For the Period Ending: | 4/9/2019 | §341(a) Meeting Date: | 08/19/2014 |
| | | Claims Bar Date: | 09/26/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | North half of the Southeast quarter of the Southeast quarter of Section fifteen, Township Twenty-two North, Range Eight West of the Indian Meridian, Garfield County Oklahoma, Enid, OK | $400,000.00 | $280,000.00 | | $280,000.00 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Tract located in the Southwest quarter of Section 29, Township South, Range 38 East, N.M.P.M. Lea County, New Mexico, Hobbs, NM | $100,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | In speaking with the former Trustee's office it appears the cost to market and sell would exceed any net proceeds.  Therefore this property has no value to this estate. | | | | | |
| 4 | 8.7525 acre tract - Lot 5 and a part of Lot 4 in Block1; Lots 1 and 5 and part of Lots 2 and 4 in Block 2, all in "Irving Subdivision", Seiling, OK | $75,000.00 | $70,000.00 | | $70,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $130.99 | FA |

TOTALS (Excluding unknown value)          $575,000.00    $350,000.00        $350,130.99    **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
07/13/2018   JW-CHECKS HAVE CLEARED I WILL SUBMIT MY TDR
06/14/2018   JW-IMY ROD WAS APPROVED.  I ISSUED CHECK AND I AM WAITING FOR IT TO CLEAR.  AS SOON AS IT CLEARS I WILL SUBMIT MY TDR.
06/12/2018   JW-WILLIAMSON COUNTY RETURNED CHECKS AND WITHDREW THIER CLAIMS.  I E-MAILED MY TPD TO UST TO GET APPROVAL TO MAKE DISTRIBUTION.
09/30/2017   JW-I AM WAITING FOR CHECKS TO CLEAR TO COMPLETE TDR
07/26/2017   JW-THE ORDER APPROVING TRUSTEE FEES WAS ENTERED
07/26/2017   JW-CHECKS WERE ISSUED
06/29/2017   JW-COURT SET TRUSTEE'S FEE APP FOR HEARING.  IT IS SCHEDULED FOR 7/27/2017
05/15/2017   JW-UST APPROVED TFR AND FILED IT WITH THE COURT
12/30/2016   JW-TRUSTEE SUBMITTED HIS TFR TO UST
09/30/2015   JW-JW-REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.]

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2        Exhibit 8

| | |
|---|---|
| **Case No.:** | 09-35015-H1-7 |
| **Case Name:** | *TSE PROPERTIES, LLC |
| **For the Period Ending:** | 4/9/2019 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/10/2009 (f) |
| **§341(a) Meeting Date:** | 08/19/2014 |
| **Claims Bar Date:** | 09/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 12/30/2014 | JW- REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.] |
| 12/27/2013 | JW-TRUSTEE IS IN THE PROCESS OF PREPARING HIS FINAL REPORT |
| 01/23/2013 | JW-RT WAS APPOINTED SUCCESSOR TRUSTEE |
| 12/01/2012 | All major activities and filings under main case Nighthawk Oilfield Services Inc 09-34992. |
| 07/14/2009 | Case Transferred to Judge Marvin Isgur |
| 07/14/2009 | Order for Joint Administration with Case No. 09-34992. |

**Initial Projected Date Of Final Report (TFR):**   07/10/2011        **Current Projected Date Of Final Report (TFR):**   12/31/2016

/s/ RODNEY TOW
RODNEY TOW

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-35015-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TSE PROPERTIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2257 | Checking Acct #: | ******5015 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | Green Bank | Transfer Funds | 9999-000 | $13,111.13 | | $13,111.13 |
| 07/26/2017 | 5001 | Robbye Waldron, Trustee | Trustee Compensation | 2100-000 | | $3,047.98 | $10,063.15 |
| 07/26/2017 | 5002 | Rodney D. Tow, Trustee | Trustee Compensation | 2100-000 | | $3,359.73 | $6,703.42 |
| 07/26/2017 | 5003 | Williamson County | Distribution on Claim #: 5; | 4700-000 | | $1,721.49 | $4,981.93 |
| 07/26/2017 | 5004 | Williamson County | Distribution on Claim #: 6; | 4700-000 | | $1,631.17 | $3,350.76 |
| 07/26/2017 | 5005 | Liberty County | Distribution on Claim #: 1; | 4800-000 | | $683.21 | $2,667.55 |
| 07/26/2017 | 5006 | Liberty Mutual Insurance Company | Distribution on Claim #: 2; | 7100-000 | | $2,667.55 | $0.00 |
| 01/03/2018 | 5003 | VOID: Williamson County | | 4700-003 | | ($1,721.49) | $1,721.49 |
| 01/03/2018 | 5004 | VOID: Williamson County | | 4700-003 | | ($1,631.17) | $3,352.66 |
| 01/03/2018 | 5007 | Williamson County | Distribution on Claim #: 5; | 4700-000 | | $1,721.49 | $1,631.17 |
| 01/03/2018 | 5008 | Williamson County | Distribution on Claim #: 6; | 4700-000 | | $1,631.17 | $0.00 |
| 06/12/2018 | 5007 | VOID: Williamson County | FUNDS WERE RETURNED AND CLAIM WITHDRAWN | 4700-003 | | ($1,721.49) | $1,721.49 |
| 06/12/2018 | 5008 | VOID: Williamson County | FUNDS WERE RETURNED AND CLAIM WITHDRAWN | 4700-003 | | ($1,631.17) | $3,352.66 |
| 06/14/2018 | 5009 | Liberty Mutual Insurance Company | Distribution on Claim #: 2; | 7100-000 | | $3,352.66 | $0.00 |

|  | | | SUBTOTALS | | $13,111.13 | $13,111.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-35015-H1-7 | |
| Case Name: | *TSE PROPERTIES, LLC | |
| Primary Taxpayer ID #: | **-***2257 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 4/9/2019 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******5015 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $13,111.13 | $13,111.13 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $13,111.13 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $13,111.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $13,111.13 | |

| For the period of 7/10/2009 to 4/9/2019 | | For the entire history of the account between 01/20/2017 to 4/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,111.13 | Total Internal/Transfer Receipts: | $13,111.13 |
| | | | |
| Total Compensable Disbursements: | $13,111.13 | Total Compensable Disbursements: | $13,111.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,111.13 | Total Comp/Non Comp Disbursements: | $13,111.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-35015-H1-7 | Trustee Name: Rodney Tow |
| Case Name: | *TSE PROPERTIES, LLC | Bank Name: Sterling Bank |
| Primary Taxpayer ID #: | **-***2257 | Checking Acct #: ******5015 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): $77,534,000.00 |
| For Period Ending: | 4/9/2019 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 7/10/2009 to 4/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/16/2010 to 4/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-35015-H1-7 | |
| Case Name: | *TSE PROPERTIES, LLC | |
| Primary Taxpayer ID #: | **-***2257 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 4/9/2019 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******5015 |
| Account Title: | |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2010 | | Guarantee Abstract Co. | Per order dated: June 18, 2010; Docket No. 253 | * | $271,272.59 | | $271,272.59 |
| | {1} | | $280,000.00 | 1110-000 | | | $271,272.59 |
| | | | $(1,800.00) | 2500-000 | | | $271,272.59 |
| | | | 2009 Property Taxes $(4,648.85) | 2820-000 | | | $271,272.59 |
| | | | 2010 County Taxes $(2,278.56) | 2820-000 | | | $271,272.59 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $4.46 | | $271,277.05 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $11.52 | | $271,288.57 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $11.15 | | $271,299.72 |
| 10/26/2010 | 1001 | George Adams and Company | Bond Payment | 2300-000 | | $347.45 | $270,952.27 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $11.52 | | $270,963.79 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $11.14 | | $270,974.93 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $11.51 | | $270,986.44 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $11.51 | | $270,997.95 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $10.39 | | $271,008.34 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $11.51 | | $271,019.85 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $11.14 | | $271,030.99 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $11.51 | | $271,042.50 |
| 06/23/2011 | | Custer County Abstract Truste Account | Buyer - B&B Gas Wells Services, Inc. - Order # 324 | * | $66,667.82 | | $337,710.32 |
| | {4} | | $70,000.00 | 1110-000 | | | $337,710.32 |
| | | | $(1,235.00) | 2500-000 | | | $337,710.32 |
| | | | 2009 Dewey County Ad Valorem Taxes $(768.56) | 2820-000 | | | $337,710.32 |
| | | | 2010 Dewey County Ad Valorem Taxes $(938.95) | 2820-000 | | | $337,710.32 |
| | | | 2011 County Taxes $(389.67) | 2820-000 | | | $337,710.32 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $11.78 | | $337,722.10 |
| 07/05/2011 | (INT) | Sterling Bank | Interest Earned For July 2011 | 1270-000 | $1.85 | | $337,723.95 |
| 07/05/2011 | | Green Bank | Transfer Funds | 9999-000 | | $337,723.95 | $0.00 |
| | | | | **SUBTOTALS** | $338,071.40 | $338,071.40 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-35015-H1-7 | |
| **Case Name:** | *TSE PROPERTIES, LLC | |
| **Primary Taxpayer ID #:** | **-***2257 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/10/2009 | |
| **For Period Ending:** | 4/9/2019 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5015 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $77,534,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $338,071.40 | $338,071.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $337,723.95 | |
| | | | **Subtotal** | | $338,071.40 | $347.45 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $338,071.40 | $347.45 | |

| **For the period of  7/10/2009 to 4/9/2019** | | **For the entire history of the account between 07/16/2010 to 4/9/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $350,130.99 | Total Compensable Receipts: | $350,130.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $350,130.99 | Total Comp/Non Comp Receipts: | $350,130.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,407.04 | Total Compensable Disbursements: | $12,407.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,407.04 | Total Comp/Non Comp  Disbursements: | $12,407.04 |
| Total Internal/Transfer  Disbursements: | $337,723.95 | Total Internal/Transfer  Disbursements: | $337,723.95 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 09-35015-H1-7 | | | Trustee Name: | Rodney Tow | |
| Case Name: | *TSE PROPERTIES, LLC | | | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***2257 | | | Checking Acct #: | ******1501 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 7/10/2009 | | | Blanket bond (per case limit): | $77,534,000.00 | |
| For Period Ending: | 4/9/2019 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $337,723.95 | | $337,723.95 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $474.66 | $337,249.29 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $544.21 | $336,705.08 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $560.86 | $336,144.22 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $507.43 | $335,636.79 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $524.14 | $335,112.65 |
| 12/15/2011 | 5001 | George Adams and Company | Bond Payment | 2300-000 | | $390.61 | $334,722.04 |
| 12/27/2011 | 5001 | VOID: George Adams and Company | | 2300-003 | | ($390.61) | $335,112.65 |
| 12/28/2011 | 5002 | George Adams and Company | Bond Payment | 2300-000 | | $348.67 | $334,763.98 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $540.77 | $334,223.21 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $539.37 | $333,683.84 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $503.72 | $333,180.12 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $554.99 | $332,625.13 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $502.12 | $332,123.01 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $535.94 | $331,587.07 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $535.08 | $331,051.99 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $516.98 | $330,535.01 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $585.00 | $329,950.01 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $463.73 | $329,486.28 |
| 10/04/2012 | 5003 | George Adams and Company | Bond Payment | 2300-000 | | $361.22 | $329,125.06 |
| 10/04/2012 | 5003 | VOID: George Adams and Company | | 2300-003 | | ($361.22) | $329,486.28 |
| 10/04/2012 | 5004 | George Adams and Company | Bond Payment | 2300-000 | | $361.22 | $329,125.06 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $531.31 | $328,593.75 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $547.35 | $328,046.40 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $495.21 | $327,551.19 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $528.56 | $327,022.63 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $476.64 | $326,545.99 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $526.94 | $326,019.05 |
| | | | SUBTOTALS | | $337,723.95 | $12,231.84 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35015-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | *TSE PROPERTIES, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2257 | | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $509.12 | $325,509.93 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $559.16 | $324,950.77 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $473.62 | $324,477.15 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $523.60 | $323,953.55 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $556.49 | $323,397.06 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $471.36 | $322,925.70 |
| 10/03/2013 | 5005 | George Adams & Co. | Bond Payment | 2300-000 | | $343.33 | $322,582.37 |
| 10/03/2013 | 5005 | VOID: George Adams & Co. | Void of Check# 5005 | 2300-003 | | ($343.33) | $322,925.70 |
| 10/03/2013 | 5006 | George Adams & Co. | Bond Payment | 2300-000 | | $343.33 | $322,582.37 |
| 10/11/2013 | 5007 | City of Memphis (TN) | 10/10/2013 #680 | 4110-000 | | $3,335.00 | $319,247.37 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $520.28 | $318,727.09 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $514.32 | $318,212.77 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $496.93 | $317,715.84 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $545.77 | $317,170.07 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $462.28 | $316,707.79 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $478.09 | $316,229.70 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $493.83 | $315,735.87 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $525.93 | $315,209.94 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $475.83 | $314,734.11 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $507.88 | $314,226.23 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $523.42 | $313,702.81 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $473.56 | $313,229.25 |
| 10/08/2014 | 5008 | George Adams & Co. | Bond Payment | 2300-000 | | $269.75 | $312,959.50 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $537.82 | $312,421.68 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $455.36 | $311,966.32 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $503.41 | $311,462.91 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $518.82 | $310,944.09 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $453.21 | $310,490.88 |
| | | | **SUBTOTALS** | | $0.00 | $15,981.38 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-35015-H1-7 | |
| **Case Name:** | *TSE PROPERTIES, LLC | |
| **Primary Taxpayer ID #:** | **-***2257 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/10/2009 | |
| **For Period Ending:** | 4/9/2019 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1501 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $77,534,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $484.87 | $310,006.01 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $484.11 | $309,521.90 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $499.47 | $309,022.43 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $482.58 | $308,539.85 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $530.01 | $308,009.84 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $464.96 | $307,544.88 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $480.27 | $307,064.61 |
| 10/06/2015 | 5009 | International Sureties | Blanket Bond | 2300-000 | | $123.15 | $306,941.46 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $511.49 | $306,429.97 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $462.65 | $305,967.32 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $493.73 | $305,473.59 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $492.94 | $304,980.65 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $460.39 | $304,520.26 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $491.40 | $304,028.86 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $490.61 | $303,538.25 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $474.01 | $303,064.24 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $473.27 | $302,590.97 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $488.29 | $302,102.68 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $487.50 | $301,615.18 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $502.41 | $301,112.77 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $454.55 | $300,658.22 |
| 11/22/2016 | 5010 | International Sureties | Bond | 2300-000 | | $100.73 | $300,557.49 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $469.52 | $300,087.97 |
| 12/27/2016 | | The Bankruptcy Estate of Two-State Equipment, Inc. | 1/20/2017 #761 | 8500-002 | | $27,928.95 | $272,159.02 |
| 12/27/2016 | | The Bankruptcy Estate of Car-Tex Consolidated, LTD | 1/20/2017 #761 | 8500-002 | | $50,538.57 | $221,620.45 |
| | | | **SUBTOTALS** | | $0.00 | $139,409.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-35015-H1-7 | |
| Case Name: | *TSE PROPERTIES, LLC | |
| Primary Taxpayer ID #: | **-***2257 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 4/9/2019 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1501 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | | The Bankruptcy Estate of Nighthawk Vacuum Services, LP | 1/20/2017 #761 | 8500-002 | | $47,077.59 | $174,542.86 |
| 12/27/2016 | | The Bankruptcy Estate of Nighthawk Transport & Excavation | 1/20/2017 #761 | 8500-002 | | $135,268.71 | $39,274.15 |
| 12/27/2016 | | The Bankruptcy Estate of L & P Consolidated, LTD | 1/20/2017 #761 | 8500-002 | | $26,163.02 | $13,111.13 |
| 12/27/2016 | 5011 | The Bankruptcy Estate of Nighthawk Transport & Excavation | VOIDED CHECK 1/20/2017 #761 | 8500-003 | | $135,268.71 | ($122,157.58) |
| 12/27/2016 | 5011 | VOID: The Bankruptcy Estate of Nighthawk Transport & Excavation | VOIDED CHECK SENT OUT BY WIRE | 8500-003 | | ($135,268.71) | $13,111.13 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $13,111.13 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $337,723.95 | $337,723.95 | $0.00 |
| Less: Bank transfers/CDs | $337,723.95 | $13,111.13 | |
| Subtotal | $0.00 | $324,612.82 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $324,612.82 | |

| For the period of  7/10/2009 to 4/9/2019 | | For the entire history of the account between 07/05/2011 to 4/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $337,723.95 | Total Internal/Transfer Receipts: | $337,723.95 |
| | | | |
| Total Compensable Disbursements: | $37,635.98 | Total Compensable Disbursements: | $37,635.98 |
| Total Non-Compensable Disbursements: | $286,976.84 | Total Non-Compensable Disbursements: | $286,976.84 |
| Total Comp/Non Comp  Disbursements: | $324,612.82 | Total Comp/Non Comp  Disbursements: | $324,612.82 |
| Total Internal/Transfer  Disbursements: | $13,111.13 | Total Internal/Transfer  Disbursements: | $13,111.13 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35015-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | *TSE PROPERTIES, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2257 | | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $338,071.40 | $338,071.40 | $0.00 |

**For the period of 7/10/2009 to 4/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $350,130.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $350,130.99 |
| Total Internal/Transfer Receipts: | $350,835.08 |
| | |
| Total Compensable Disbursements: | $63,154.15 |
| Total Non-Compensable Disbursements: | $286,976.84 |
| Total Comp/Non Comp Disbursements: | $350,130.99 |
| Total Internal/Transfer Disbursements: | $350,835.08 |

**For the entire history of the case between 07/10/2009 to 4/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $350,130.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $350,130.99 |
| Total Internal/Transfer Receipts: | $350,835.08 |
| | |
| Total Compensable Disbursements: | $63,154.15 |
| Total Non-Compensable Disbursements: | $286,976.84 |
| Total Comp/Non Comp Disbursements: | $350,130.99 |
| Total Internal/Transfer Disbursements: | $350,835.08 |

/s/ RODNEY TOW

RODNEY TOW